ACCEPTED
03-14-00112-CV
3686957
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/7/2015 4:09:02 PM
JEFFREY D. KYLE
CLERK

# HILL GILSTRAP

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

1400 WEST ABRAM STREET
ARLINGTON, TEXAS 76013
TEL 817-261-2222
FAX 817-861-4685

FRANK GILSTRAP
BOARD CERTIFIED
CIVIL APPELLATE LAW

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/7/2015 4:09:02 PM

JEFFREY D. KYLE
Clerk

January 7, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas  78711-2547

Re:    03-14-00112-CV; Dr. James Jones v. Angelo State University

Dear Mr. Kyle:

Please be advised that I will be presenting the argument for Dr. James Jones.   This case is set for oral argument on Wednesday, January 28, 2015 at 9:00 a.m.

Very truly yours,

/s/ Frank Gilstrap

FG/ar
Enclosures

c.    Erika M. Kane